**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2743**

---

WILLIE J. DAVIS,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Tommy E. Miller, Magistrate Judge. (CA-96-285)

---

Submitted: September 25, 1997          Decided: October 8, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Willie J. Davis, Appellant Pro Se. John R. Crumpler, Jr., KAUFMAN & CANOLES, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order entering judgment in favor of the United States in Davis's maritime personal injury action after a bench trial. On appeal, Davis seeks a new trial but does not make any specific allegations of error below by the district court. Davis did not move for a new trial after the district court entered judgment. We therefore decline to consider Davis's request for a new trial because plain error or a fundamental miscarriage of justice is not apparent from the record. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). We have reviewed the record and find no reversible error. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED